UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

IN RE: : CHAPTER 13
LURETHA L. EDWARDS : CASE NO. 16-21646-JJT-13
: April 18, 2019
    Debtor(s)

MOTION TO DISMISS CASE FOR FAILURE TO MAKE PLAN PAYMENTS

    Roberta Napolitano, Chapter 13 Standing Trustee, ("Trustee") represents that the above-captioned Debtor ("Debtor") has failed to properly prosecute this bankruptcy case in one or more of the following respects.  The Trustee seeks dismissal of the case for cause pursuant to 11 U.S.C. Section 1307(c) based on the deficiencies indicated below.

1. I reviewed the files and records of the office of the Standing Chapter 13 Trustee for the District of Connecticut made and kept in the usual and ordinary course of its business. The records on were made at or near the time of the events they record by someone with knowledge of the events they record.

2. I rely on those records in making the following statements.

3. The Court confirmed the Debtor's Fourth Amended Plan (ECF #58, the "Plan") on September 29, 2017.  The Debtor was ordered to remit $774.00 monthly starting October 7, 2017 for a period of 60 months.

4. The Debtor is in default under the terms of the Plan.  The Debtor should have paid a total of $23,514.00. To date, the Debtor is overdue in the amount of $3,366.00.  Receipt schedule is attached.

5. The Trustee has received total payments of $20,148.00, including pre-confirmation payments. The last payment was received by the Trustee on January 17, 2019.

    I declare under penalty of perjury that the information contained in the foregoing **numbered** paragraphs is true and correct. Executed on April 18, 2019.

6. The Debtor must also make payments under the Plan as they become due after today's date.

    Wherefore, the Trustee requests that the court dismiss the case.

                            /s/Roberta Napolitano
                            Roberta Napolitano, tr08378
                            Chapter 13 Standing Trustee
                            10 Columbus Blvd., 6th Floor
                            Hartford, CT 06106
                            Tel: (860) 278-9410   Fax: (860) 527-6185
                            Email: rnapolitano@ch13rn.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| LURETHA L. EDWARDS | : CASE NO. 16-21646-JJT-13 |
| | : April 18, 2019 |
| Debtor(s) | |

**CERTIFICATE OF SERVICE**

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Motion to Dismiss Case and proposed Order thereon

2. **Parties Served Via First Class Mail:**
   Debtor:
   LURETHA L. EDWARDS
   40 CLEVELAND AVENUE
   HARTFORD, CT 06120

3. **Parties Served Electronically Include:**
   Debtor's Attorney:  JONATHAN G. COHEN, ESQ.
   Email: jgcohen@yahoo.com

   Office of the United States Trustee, Kim McCabe, Assistant United States Trustee, Email: ustpregion02.nh.ecf@usdoj.gov

   /s/Roberta Napolitano
   Roberta Napolitano, tr08378
   Chapter 13 Standing Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

IN RE: : CHAPTER 13
LURETHA L. EDWARDS : CASE NO. 16-21646-JJT-13
:
    Debtor(s)

ORDER DISMISSING CASE UNDER CHAPTER 13

    A Trustee's Motion to Dismiss the above referenced case pursuant to 11 U.S.C. Section 1307(c) having been filed with the court, after notice and hearing, *see* 11 U.S.C. Section 102(1), it is ORDERED that the motion is GRANTED and the case is DISMISSED WITHOUT PREJUDICE.

**Receipts and Refunds through 04/18/2019**

**Case Number:** 1621646
**Debtor:** EDWARDS, LURETHA L.

| Date: | Period | Transaction Type | Source: | Check/MO# | Funds In | Funds Out |
|---|---|---|---|---|---|---|
| 01/17/2019 | 01/2019 | Receipt | Money Order | 10814470743( | 750.00 | 0.00 |
| 12/17/2018 | 12/2018 | Receipt | Money Order | 10830831182( | 750.00 | 0.00 |
| 11/15/2018 | 11/2018 | Receipt | Money Order | 24793549830 | 750.00 | 0.00 |
| 10/09/2018 | 10/2018 | Receipt | Money Order | 10830828636 | 750.00 | 0.00 |
| 09/07/2018 | 09/2018 | Receipt | Money Order | 10743305779 | 750.00 | 0.00 |
| 08/13/2018 | 08/2018 | Receipt | Money Order | 17790570081 | 750.00 | 0.00 |
| 07/12/2018 | 07/2018 | Receipt | Money Order | 10743303107 | 750.00 | 0.00 |
| 05/16/2018 | 05/2018 | Receipt | Money Order | 10743300444 | 750.00 | 0.00 |
| 04/09/2018 | 04/2018 | Receipt | 107977{126:33} | 936704 | 750.00 | 0.00 |
| 03/20/2018 | 03/2018 | Receipt | 107977{907:1} | 928751 | 750.00 | 0.00 |
| 02/12/2018 | 02/2018 | Receipt | 107977{131:27} | 912603 | 750.00 | 0.00 |
| 01/31/2018 | 01/2018 | Receipt | 107977{213:24} | 899293 | 750.00 | 0.00 |
| 12/11/2017 | 12/2017 | Receipt | 107817{907:2} | 237990 | 780.00 | 0.00 |
| 11/16/2017 | 11/2017 | Receipt | 107817{905:2} | 227530 | 780.00 | 0.00 |
| 10/13/2017 | 10/2017 | Receipt | 107817{149:51} | 207553 | 780.00 | 0.00 |
| 09/11/2017 | 09/2017 | Receipt | 107817{903:3} | 194452 | 740.00 | 0.00 |
| 08/11/2017 | 08/2017 | Receipt | 107817{903:1} | 180713 | 780.00 | 0.00 |
| 07/11/2017 | 07/2017 | Receipt | 107737{902:3} | 892724 | 940.00 | 0.00 |
| 06/13/2017 | 06/2017 | Receipt | {904:2} | 80100 | 940.00 | 0.00 |
| 05/09/2017 | 05/2017 | Receipt | {125:12} | 63951 | 940.00 | 0.00 |
| 04/11/2017 | 04/2017 | Receipt | {906:2} | 52357 | 934.00 | 0.00 |
| 03/20/2017 | 03/2017 | Receipt | {156:2} | 215189 | 934.00 | 0.00 |
| 02/10/2017 | 02/2017 | Receipt | {128:45} | 155301 | 650.00 | 0.00 |
| 01/10/2017 | 01/2017 | Receipt | {124:42} | 142300 | 650.00 | 0.00 |
| 12/07/2016 | 12/2016 | Receipt | {122:39} | 126338 | 650.00 | 0.00 |
| 11/08/2016 | 11/2016 | Receipt | {125:9} | 107506 | 650.00 | 0.00 |

**Paid This Period: 20,148.00**                                        **20,148.00**      **0.00**